**FEDERAL WAIVER OF SERVICE OF SUMMONS**

TO:   Thomas I. Puleo
      KML Law Group, P.C.
      BNY Mellon Independence Center
      Suite 500
      701 Market Street
      Philadelphia, PA  19106-1532

      I acknowledge receipt of your request that I waive service of a summons in the action of KATHLEEN POLASHENSKI A/K/A KATHLEEN A. POLASHENSKI, Docket number 16-02515, in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

      I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me if an answer or motion under Rule 12, is not served upon you within 60 days after December 27, 2016 (date request was sent), or within 90 days after that date if the request was sent outside the Untied States.

      ✓ I am not in military service of the United States.
      ___ I am presently in military service of the United States.

Branch: _____
Age: 56
Marital Status: married
Number of Dependants: 1

2-2-17
Date

Signature: [signed] Kathleen Polashenski

Print/Type Name: Kathleen Polashenski
Address: 1145 Ridge St
         Freeland Pa 18224

**FEDERAL WAIVER OF SERVICE OF SUMMONS**

TO:    Thomas I. Puleo
        KML Law Group, P.C.
        BNY Mellon Independence Center
        Suite 500
        701 Market Street
        Philadelphia, PA 19106-1532

        I acknowledge receipt of your request that I waive service of a summons in the action of ROBERT A. POLASHENSKI, Docket number 16-02515, in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of this instrument, and a means by which I can return the signed waiver to you without cost to me.

        I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

        I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

        I understand that a judgment may be entered against me if an answer or motion under Rule 12, is not served upon you within 60 days after December 27, 2016 (date request was sent), or within 90 days after that date if the request was sent outside the Untied States.

        ✓ I am not in military service of the United States.
        ___ I am presently in military service of the United States.

Branch: _____
Age: _62_
Marital Status: _married_
Number of Dependants: _1_

_2-3-17_
Date

Signature: _Robert Polashenski_

Print/Type Name: Robert Polashenski
Address: 1147 Ridge St
              Freeland Pa 18224