AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-2515 |
| Robert A. Polashenski et al. | ) |
| *Defendant* | ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | [signature] | 3/27/17 |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| **Plaintiff** : | CIVIL ACTION NO. 3:16-2515 |
| : | |
| v : | |
| : | (JUDGE MANNION) |
| ROBERT A. POLASHENSKI, | |
| KATHLEEN POLASHENSKI a/k/a : | |
| KATHLEEN A. POLESHENSKI, | |
| : | |
| **Defendants** | |

# O R D E R

The Court has reviewed the Joint Case Management Plan submitted on March 22, 2017. (Doc. 7). Within the plan, the parties have consented to the jurisdiction of a United States Magistrate Judge. Therefore the Case Management Conference scheduled for March 30, 2017 is **CANCELLED**. The Clerk is directed to send the appropriate consent form to counsel. The consent form shall be completed and filed with the court on or before March 31, 2017. Upon receipt the case will be reassigned to a United States Magistrate Judge who will reschedule the case management conference.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: March 23, 2017

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2016 ORDERS\16-2515-03.wpd