**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:16-2515** |
| : | |
| **v** : | |
| : | **(JUDGE MANNION)** |
| **ROBERT A. POLASHENSKI,** | |
| **KATHLEEN POLASHENSKI a/k/a** : | |
| **KATHLEEN A. POLESHENSKI,** | |
| : | |
| **Defendants** | |

## O R D E R

Counsel for both parties have filed the appropriate executed consent form. (Doc. 10). The case is therefore reassigned to Judge Karoline Mehalchick. Judge Mehalchick will reschedule a case management conference at her convenience.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

Dated:   April 24, 2017

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2016 ORDERS\16-2515-04.wpd