# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | : : : | |
| Plaintiff | : : | CIVIL ACTION NO. 3:16-CV-2515 |
| v. | : : | (MEHALCHICK, M.J.) |
| ROBERT A. POLASHENSKI, et al | : : | |
| Defendants | : | |

## CASE MANAGEMENT ORDER

AND NOW, this 8th day of May, 2017, having heard from the parties on a Joint Case Management Conference, IT IS HEREBY ORDERED that the following case management deadlines are established in the above-captioned matter:

1. **Track.** This case is place on this Court's expedited case management track.

2. **Discovery.** All discovery shall be completed by May 31, 2017. The parties are reminded that the Court expects counsel to make all reasonable efforts to resolve discovery disputes without Court involvement, and that a conference with the Court should be initiated prior to any discovery motion being filed.

3. **Settlement.** Parties will advise the Court by May 31, 2017 as to the status of settlement negotiations and whether there is interest by the parties in scheduling a settlement conference.

4. **Dispositive Motions.** All dispositive motions, together with supporting briefs, shall be filed by June 30, 2017.

                                        **BY THE COURT:**

**Date: May 8, 2017**                   */s/ Karoline Mehalchick*
                                        **KAROLINE MEHALCHICK**
                                        **United States Magistrate Judge**