UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br>   Plaintiff <br>   v. <br><br> ROBERT A. POLSHENSKI, et al, <br><br>   Defendants | CIVIL ACTION NO. 3:16-CV-2515 <br><br> (MEHALCHICK, M.J.) |

## **ORDER**

This is a foreclosure action, initiated upon the filing of the original complaint in this matter on December 21, 2016. (Doc. 1).

On June 21, 2017, the Plaintiff filed a motion for summary judgment. (Doc. 15). The brief in support of the motion for summary judgment (Doc. 16) was filed on June 21, 2017. Defendants have not responded to this motion. Defendants' brief in opposition was due on July 12, 2017. *See* L.R. 7.6 ("… A brief in opposition to a motion for summary judgment and LR 56.1 responsive statement, together with any transcripts, affidavits or other relevant documentation, shall be filed within twenty-one (21) days after service of the movant's brief."); *see also* Fed. R. Civ. P. 6(a), (d).

- 2 -

**IT IS HEREBY ORDERED** that the Defendants shall file their brief in opposition to the Defendants' motion for summary judgment (Doc. 15) on or before August 30, 2017. If an opposition brief is not timely filed, the Defendants shall be deemed not to oppose the motion to dismiss. *See* L.R. 7.6. The Plaintiff may file a reply brief, if any, within fourteen (14) days after service of the brief in opposition. *See* L.R. 7.7. All briefs must conform to the requirements of Local Rule 7.8. No further extensions will be permitted.

                                                             **BY THE COURT:**

**Dated: August 16, 2017**　　　　　　　　　　　　*s/ Karoline Mehalchick*
                                                             **KAROLINE MEHALCHICK**
                                                             **United States Magistrate Judge**