# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br>　v.<br><br>ROBERT A. POLSHENSKI, et al,<br><br>　　　　Defendants | CIVIL ACTION NO. 3:16-CV-2515<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW,** this 9th day of February, 2018, **IT IS HEREBY ORDERED** that Plaintiff's motion for summary judgment (Doc. 15) is **GRANTED**, and judgment is entered in favor of Plaintiff and against Defendants in the amount of $33,514.98, plus interest at the rate of $1.6074 per day from June 1, 2017 to the date of this Order, and thereafter, with interest thereon pursuant to 28 U.S.C. § 1961. **FURTHER**, the promissory note and mortgage between the Plaintiff and Defendants are foreclosed as to the real property described therein. The Clerk of Court is directed to **CLOSE** this matter.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

**Dated: February 9, 2018**　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**